☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
*WESTERN DISTRICT OF TENNESSEE*

In re:  *Michael Sawyer*  Case No.
*Jamie Cullum-Sawyer*
Debtors:  Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:** (1) *207 Hillside Street*  (2) *207 Hillside Street*
*Kenton, TN 38233*  *Kenton, TN 38233*

**PLAN PAYMENT:**
Debtor(1) shall pay $ *243.00 Weekly*
☑ **PAYROLL DEDUCTION** From: *ERMCo, 2225 Industrial Road, Dyersburg, TN 38024*

**1. THIS PLAN [Rule 3015.1 Notice]:**
(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]  ☐ YES  ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION  ☐ YES  ☑ NO
OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].  ☐ YES  ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**  Monthly Plan Payment:
Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
*None*  ongoing payment begins  $
Approximate arrearage:

**5. PRIORITY CLAIMS:**
*IRS*  Amount *7,000.00*  $ *135.00*

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☑ Paid by Trustee to:
*Tracy Sawyer*  ongoing payment begins *February 2020*  $*334.00*
pay in full over LOP  Approximate arrearage:  Interest

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]  Value of Collateral:  Rate of Interest  Monthly Plan Payment:
*Credit Central*  *400.00*  *8.00*  $*11.00*
*Heights Finance*  *4,500.00*  *10.00*  $*98.00*

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. §1325 (a)]  Value of Collateral:  Rate of Interest  Monthly Plan Payment:
*Pace Financial*  *7,000.00*  *6.00*  $*140.00*
*Adequate Protection Payment: $35.00*

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**
*-NONE-*  Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**
Amount:  Rate of Interest  Monthly Plan Payment:
*-NONE-*  $

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**
Department Of Education/Nelnet. $14,064.    $100.00/mo debt will survive discharge
University Of Phoenix. $1,805.00.  Deferred. Debt Will Survive Discharge.

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**
-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** *$51,638.00*

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**
☐ _____ %, OR,
☑ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**
*Progressive Leasing: Living Room Furniture*    ☑ Assumes  OR  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**    NONE

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Alissa York Gay                                    Date *November  4, 2019*                    .
Alissa York Gay 024812
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**            /al